CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 17 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANTHONY HALL, | CASE NO. 7:12CV00406 |
| Plaintiff, | |
| | FINAL ORDER |
| v. | |
| L. J. FLEMING, ET AL., | By: James C. Turk |
| | Senior United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1367(c); plaintiff's motion for interlocutory injunctive relief and other pending motions (ECF No. 12, 15, & 16) are **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 17th day of October, 2012.

/s/ James C. Turk
Senior United States District Judge